IN THE

COURT OF CRIMINAL APPEALS OF TEXAS

ANGEL TORRES

V.                                      NO: 02-14-00345-CR

THE STATE OF TEXAS


MOTION FOR REHEARING FOR EXTENSION OF
TIME WITHIN WHICH TO FILE PETITION
FOR DISCRETIONARY REVIEW.

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 19 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW ANGEL TORRES PETITIONER PRO-SE IN THE ABOVE
STYLED AND NUMBERED CAUSE AND MOVES THIS COURT
TO RESPECTFULLY RECONSIDER PETITIONER RESPECTFULL
REQUEST FOR A ADDITIONAL PERIOD OF TIME (60 DAYS) IN
WHICH TO FILE HIS PETITION FOR DISCRETIONARY REVIEW
AND IN SUPPORT THE PETITIONER WILL SHOW:

I

THAT THE PETITIONER FILED FOR EXTENSION OF TIME SEP. 25TH
2015 BEFORE THE DEADLINE MOTION WAS IN MAIL. AND PETITIONER
WILL SEND COPIE OF STAMPED PAPER FROM LAW LIBRARY.


II

THAT THE PETITIONER HAS FILED FOR COPIE OF TRANSCRIPT OF
THE TRIAL RECORD. AND HAS NOT BECIEVED COPY TO THIS DATE.


III

THE PETITIONER REQUESTS THAT SINCE THE PETITIONER LACH THE LEGAL
SKILLS AND IS INDIGENT THAT THE COURT ABATE THE APPEAL THE
PETITIONER. DOES NOT WANT TO LOSE HIS RIGHT TO PROCEED
IN THE APPEALS CAUSE.

WHEREFORE THE PETITIONER PRAYS THAT THE HONORABLE COURT OF CRIMINAL APPEALS WILL ABATE THE APPEAL OR EXTEND THE FILING TIME. SO THAT THE PETITIONER WILL NOT LOSE HIS RIGHT TO APPEAL.

ON THIS THE Oct DAY OF 14 2015

RESPECTFULLY SUBMITTED

Angel Torres

## ORDER

CAME ON THIS THE ____ DAY OF ____ 2015 PETITIONER MOTION FOR REHEARING ON MOTION FOR EXTENSION OF TIME FOR FILING PETITION FOR DISCRETIONARY REVIEW OR ABATEMENT OF APPEALS CAUSE. HAVING CONSIDERED SAID MOTION THE HONORABLE COURT HEARBY GRANTS/DENIED AND ORDERS AS FOLLOWS:

HONORABLE JUDGE PRESIDING

## Verification of Unsworn Declaration

I, *Angel Torres*, Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, #*0649860*, currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing Declaration of Conflict and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this _14_ day of _Oct._, 20_15_.

*Angel Torres*
[Defendant's Name], Defendant Pro Se
CID # *0649860* DOB *5/7/85*
100 N. Lamar St. - ___
Fort Worth, TX 76102-1954

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary public.

### Certificate of Service

I, *A.T.*, hereby certify that a true and correct copy of the above motion was served on Attorney for the State Tim Curry by mailing via first-class mail to JOE SHANNON, DISTRICT ATTORNEY, 401 W. BELKNAP ST., FORT WORTH, TX 76196 on this _14_ day of _Oct_, 20_15_.

*Angel Torres*
[Defendant's Name], Defendant Pro Se
CID # *0649860* DOB *5/7/85*
100 N. Lamar St. - ___
Fort Worth, TX 76102-1954

IN THE

COURT OF CRIMINAL APPEALS OF TEXAS

ANGEL TORRES

V.                                    NO: 02-14-00345-CR

THE STATE OF TEXAS

MOTION FOR REHEARING FOR EXTENSION OF
TIME WITHIN WHICH TO FILE PETITION
FOR DISCRETIONARY REVIEW.

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW ANGEL TORRES PETITIONER PRO-SE IN THE ABOVE
STYLED AND NUMBERED CAUSE AND MOVES THIS COURT
TO RESPECTFULLY RECONSIDER PETITIONER RESPECTFULL
REQUEST FOR A ADDITIONAL PERIOD OF TIME (60 DAYS) IN
WHICH TO FILE HIS PETITION FOR DISCRETIONARY REVIEW
AND IN SUPPORT THE PETITIONER WILL SHOW:

I

THAT THE PETITIONER FILED FOR EXTENSION OF TIME SEP. 25TH
2015 BEFORE THE DEADLINE MOTION WAS IN MAIL. AND PETITIONER
WILL SEND COPIE OF STAMPED PAPER FROM LAW LIBRARY.

II

THAT THE PETITIONER HAS FILED FOR COPIE OF TRANSCRIPT OF
THE TRIAL RECORD. AND HAS NOT RECIEVED COPY TO THIS DATE.

III

THE PETITIONER REQUESTS THAT SINCE THE PETITIONER LACH THE LEGAL
SKILLS AND IS INDIGENT THAT THE COURT ABATE THE APPEAL THE
PETITIONER. DOES NOT WANT TO LOSE HIS RIGHT TO PROCEED
IN THE APPEALS CAUSE.

WHEREFORE THE PETITIONER PRAYS THAT THE HONORABLE COURT OF CRIMINAL APPEALS WILL ABATE THE APPEAL OR EXTEND THE FILING TIME. SO THAT THE PETITIONER WILL NOT LOSE HIS RIGHT TO APPEAL.

ON THIS THE Oct DAY OF 14 2015

RESPECTFULLY SUBMITTED

Angel Torres

## ORDER

CAME ON THIS THE ____ DAY OF ____ 2015 PETITIONER MOTION FOR REHEARING ON MOTION FOR EXTENSION OF TIME FOR FILING PETITION FOR DISCRETIONARY REVIEW OR ABATEMENT OF APPEALS CAUSE. HAVING CONSIDERED SAID MOTION THE HONORABLE COURT HEARBY GRANTS/DENIED AND ORDERS AS FOLLOWS:

HONORABLE JUDGE PRESIDING

## Verification of Unsworn Declaration

I, _Angel Torres_, Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, #_0649860_, currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing Declaration of Conflict and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this _14_ day of _Oct._, 20_15_.

_Angel Torres_
[Defendant's Name], Defendant Pro Se
CID #_0649860_ DOB _5/7/85_
100 N. Lamar St. - ___
Fort Worth, TX 76102-1954

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary public.

## Certificate of Service

I, _A.T._, hereby certify that a true and correct copy of the above motion was served on Attorney for the State Tim Curry by mailing via first-class mail to JOE SHANNON, DISTRICT ATTORNEY, 401 W. BELKNAP ST., FORT WORTH, TX 76196 on this _14_ day of _Oct_, 20_15_.

_Angel Torres_
[Defendant's Name], Defendant Pro Se
CID #_0649860_ DOB _5/7/85_
100 N. Lamar St. - ___
Fort Worth, TX 76102-1954

LEGAL MAIL

Angel Torres
TDCID 0644860
00 N. Lamar St
Fort Worth Tx
...dale

Court of Criminal a
P.O.Box 12308
Austin, Tx 78711

REC'D SEP 25 2015

Angel Torres
CID 0649860
?0 N. Lamar St
?rt Worth Tx
6196

**LEGAL MA**

Court of Criminal a
P.O. Box 12308
Austin, Tx 78711

REC'D SEP 25 2015